**Order entered March 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01569-CV

## IN THE INTEREST OF J.W.C., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-17254-T**

## ORDER

Before the Court is appellants' March 5, 2015 motion for an extension of time to file their brief, which was tendered to the Court on February 26, 2015. We **GRANT** appellants' motion. Appellants' brief is deemed filed as of the date of this order.

/s/    ADA BROWN
        JUSTICE